**Robert F. BISHOP, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7059.

United States Court of Appeals, Federal Circuit.

April 22, 2011.

Michael S. Macko, Department of Justice, Michael J. Timinski, Lara K. Eilhardt, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

## ON MOTION

## ORDER

Upon consideration of Robert F. Bishop's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.